UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Civil Action No. 1:14-cv-954
Plaintiff, :
:
vs. :
:
JOHN DOE subscriber assigned IP address :
98.30.222.175, :
:
Defendant. :
:
---------------------------------------------------------------X

## ORDER GRANTING JOHN DOE DEFENDANT
## A PROTECTIVE ORDER TO PROCEED ANONYMOUSLY

**THIS CAUSE** came before the Court *sua sponte*. Considering the sensitive nature of Plaintiff's allegations that the John Doe Defendant unlawfully downloaded adult movies, and being duly advised that Plaintiff does not oppose the entry of this Order, the Court hereby finds good cause exists for the Defendant to proceed anonymously in this lawsuit. The Court directs that the John Doe Defendant shall not be publicly identified by his or her true name or other identifying information, as the Defendant in this action, until further order of the Court. *See* Fed. R. Civ. P. 26(c) (permitting a court to enter a protective order to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense")[1]. Plaintiff and Defendant's ISP are prohibited from publicly disclosing John Doe's personal identifying information absent further order by the Court.

---

[1] John Doe may wish to be identified by his or her true name, and once he or she enters an appearance in this matter may notify the Court of this so that the Court might enter an order vacating the protective order contained in this paragraph.

1

**DONE AND ORDERED** this 20th day of January , 201 5 .

By: /s/Timothy S. Black
**UNITED STATES DISTRICT JUDGE**